IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR451 |
| v. | ) | |
| ELEAZAR PEREZ-DOMINGUEZ, MARION T. DOMINGUEZ, | ) ) | PRELIMINARY ORDER OF FORFEITURE |
| Defendants. | ) | |

This matter is before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 36). The Court has reviewed the record in this case and finds as follows:

1. Defendants have entered into Plea Agreements, whereby they have agreed to plead guilty to Counts I and VI of said Indictment. Count I of said Indictment charges the defendants with conspiracy to distribute methamphetamine, a violation of 21 U.S.C. § 846. Count VI of said Indictment charges the defendants with using $460.00 in United States currency to facilitate the commission of the conspiracy and charges said personal property is derived from proceeds obtained directly or indirectly as a result of the commission of the conspiracy.

2. Pursuant to the Plea Agreement with defendant Perez-Dominguez, the parties have agreed the defendant will forfeit $260.00. The parties have also agreed the remaining $200.00 seized from the defendant will be returned to the defendant <u>via</u> a check from the United States Marshals Service. Mr. Perez-Dominguez's current mailing address is : c/o Douglas County Correctional Center, 1710 S. 17th Street, Omaha, Nebraska 68102.

3. By virtue of said pleas of guilty, the defendants forfeit their interest in the subject property, and the United States should be entitled to possession of said property, pursuant to 21 U.S.C. § 853.

4. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B. Based upon Count IV of the Indictment and the defendants' pleas of guilty, the United States is hereby authorized to seize the $460.00 in United States currency.

C. The United States Marshals Service is hereby directed to return $200.00 of the $460.00 to the defendant, Eleazar Perez-Dominguez, by delivering the same <u>via</u> a check to the defendant c/o Douglas County Correctional Center, 1710 S. 17th Street, Omaha, Nebraska 68102.

C. The defendants' interests in said property are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned forfeited property is to be held by the United States in its secure custody and control.

E. Pursuant to 21 U.S.C., § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject property is situated, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the property in such manner as the Attorney General may direct, and

notice that any person, other than the defendants, having or claiming a legal interest in any of the subject forfeited property must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

   F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject property and any additional facts supporting the Petitioner's claim and the relief sought.

   G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property subject to this Order as a substitute for published notice as to those persons so notified.

   H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

   DATED this 9th day of April, 2008.

          BY THE COURT:

         /s/ Lyle E. Strom
         _____
         LYLE E. STROM, Senior Judge
         United States District Court